IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS

KATHLEEN A. HAGAN, JOSEPH V. PRIETO, )
RICHARD A. PETERSON, PETER AKEMANN,)
and GILBERTO GALICIA,                )
                                     )
    Plaintiffs,                      )
                                     )
-vs-                                 )   No. 11-3213
                                     )
PATRICK J. QUINN, Governor of Illinois, )
et al.,                              )
                                     )
    Defendants.                      )

## JOINT MOTION FOR ENLARGEMENT OF TIME

NOW COME the parties, Kathleen A. Hagan, Joseph V. Prieto, Richard A. Peterson, Peter Akemann, and Gilberto Galicia, plaintiffs, by their attorney, Carl R. Draper, and Governor Patrick J. Quinn, Mitch Weisz, Mario Basurto, Dan Donohoo, David Gore, Nancy Lindsay, Molly Mason, and Thomas Tyrrell, defendants, by their attorney, Lisa Madigan, Attorney General of the State of Illinois, and pursuant to Federal Rule of Civil Procedure 6(b), hereby request an enlargement of time, up to and including, August 22, 2012, within which to respond to the discovery served by opposing parties. In support thereof, the following statements are made.

    1.    Defendants' response to plaintiffs' request for production of documents is due on or about July 23, 2012.

    2.    Plaintiffs' responses to interrogatories and requests to produce were due on July 8, 2012.

    3.    The parties have not yet completed their responses to the discovery.

    4.    The parties request additional time to complete their respective discovery responses.

5. If the responses are completed before August 22, 2012, the parties will not delay in serving the responses.

6. This motion is made in good faith and is not meant to cause undue delay.

WHEREFORE, the parties respectfully request that this honorable Court grant them an enlargement of time, up to and including August 22, 2012, within which to respond to discovery.

    Respectfully submitted,

    GOVERNOR PATRICK J. QUINN, MITCH WEISZ, MARIO BASURTO, DAN DONOHOO, DAVID GORE, NANCY LINDSAY, MOLLY MASON, AND THOMAS TYRRELL,

        Defendants,

    LISA MADIGAN, Attorney General,
    State of Illinois,

        Attorney for Defendants.

    By: s/Karen L. McNaught
        Karen L. McNaught, #6200462
        Assistant Attorney General
        500 South Second Street
        Springfield, IL  62706
        Telephone: (217)782-1841
        Facsimile: (217) 524-5091
        kmcnaught@atg.state.il.us

    KATHLEEN A. HAGAN, JOSEPH V. PRIETO, RICHARD A. PETERSON, PETER AKEMANN, AND GILBERTO GALICIA,

        Plaintiffs,

    By: s/Carl R. Draper (w/consent)
        Carl R. Draper
        Feldman, Wasser, Draper & Cox

**Certificate of Service**

I hereby certify that on July 23, 2012, I presented the foregoing Joint Motion for Enlargement of Time to the Clerk of the Court for filing and uploading to the CM/ECF system which will send notification of such filing to the following:

cdraper@feldman-wasser.com

and I hereby certify that on July 23, 2012, I have mailed by United States Postal Service, the document to the following non-registered participant:

    None

Respectfully submitted,

s/Karen L. McNaught
Karen L. McNaught
Assistant Attorney General
Office of the Attorney General
500 South Second Street
Springfield, IL  62706
Telephone:  (217)782-1841
Facsimile:  (217) 524-5091
kmcnaught@atg.state.il.us